United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| GILBERT EARL SMITH,<br><br>    *Petitioner*,<br>  vs.<br><br>MATTHEW ATCHLEY, Warden, Salinas Valley State Prison, Soledad, California,<br><br>    *Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest*. | No. 2:21-cv-02080-TLN-DMC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>(Unopposed) |

  Good cause appearing, and the motion being unopposed, this court grants petitioner a 30-day extension of time to file the traverse and reply memorandum, from Wednesday, March 30, 2022, to and including Friday, April 29, 2022.

Dated: April 8, 2022

                    */s/ Dennis M. Cota*
                    DENNIS M. COTA
                    UNITED STATES MAGISTRATE JUDGE