# United States District Court
## for the Eastern District of California

| | |
|---|---|
| GILBERT EARL SMITH,<br><br>    *Petitioner*,<br>vs.<br><br>MATTHEW ATCHLEY, Warden, Salinas Valley State Prison, Soledad, California,<br><br>    *Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest*. | No. 2:21-cv-02080-TLN-DMC-P<br><br>ORDER SUBSTITUTING RESPONDENT |

  Good cause appearing, this court substitutes Trent Allen, acting warden, Salinas Valley State Prison, Soledad, California, as respondent in place of Matthew Atchley, former warden, Salinas Valley State Prison, Soledad, California.

Dated: April 18, 2022

                        _____
                        DENNIS M. COTA
                        UNITED STATES MAGISTRATE JUDGE