IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT EARL SMITH, | No. 2:21-CV-2080-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| TRENT ALLEN, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 18, for a 32-day extension of time to file a traverse.  The motion is unopposed and is granted.  Petitioner may file a traverse within 32 days of the date of this order.

IT IS SO ORDERED.

Dated:  April 28, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1