United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| GILBERT EARL SMITH, <br><br> *Petitioner*, <br> vs. <br><br> TRENT ALLEN, acting warden, Salinas Valley State Prison, Soledad, California, <br><br> *Respondent*, <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest*. | No. 2:21-cv-02080-TLN-DMC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM <br><br> (Unopposed) |

**PROPOSED ORDER GRANTING EXTENSION OF TIME
TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing based on counsel's declaration indicating the need for additional time due to a heavily impacted calendar, and the motion being unopposed, this court grants petitioner a 32-day extension of time to file the traverse and reply memorandum, from Tuesday, May 31, 2022, to and including Thursday, June 30, 2022.

/ / /

/ / /

The Court notes this is the fourth extension of time to file a traverse, and further requests for additional time will be highly disfavored.

IT IS SO ORDERED.

Dated:  June 6, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE