United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| GILBERT EARL SMITH,<br><br>    *Petitioner*,<br>vs.<br><br>TRENT ALLEN, acting warden, Salinas Valley State Prison, Soledad, California,<br><br>    *Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest*. | No. 2:21-cv-02080-TLN-DMC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>*(Unopposed)* |

Good cause appearing, and the motion being unopposed, this Court grants petitioner a fifth 32-day extension of time to file the traverse and reply memorandum, from Thursday, June 30, 2022, to and including Monday, August 1, 2022.

It is so Ordered:

Dated: June 24, 2022

                                       _____
                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE
                                       United States District Magistrate Judge