United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| GILBERT EARL SMITH,<br><br>*Petitioner*,<br>vs.<br><br>TRENT ALLEN, acting warden, Salinas Valley State Prison, Soledad, California,<br><br>*Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Real Party in Interest*. | No. 2:21-cv-02080-TLN-DMC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMENDATIONS<br><br>*(Unopposed)* |

Good cause appearing, and the motion being unopposed, this court grants petitioner a 32-day extension of time to file the objections to magistrate's findings and recommendations, from Thursday, March 7, 2024, to and including Monday, April 8, 2024.

Dated:  March 1, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

United States District Magistrate Judge

Proposed Order Granting Extension of Time to File
Objections to Magistrate's Findings and Recommendations