United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| GILBERT EARL SMITH,<br><br>              *Petitioner*,<br>vs.<br><br>TRENT ALLEN, acting warden, Salinas Valley State Prison, Soledad, California,<br><br>              *Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>              *Real Party in Interest*. | No. 2:21-cv-02080-TLN-DMC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMENDATIONS<br><br>*(Unopposed)* |

    Good cause appearing, and the motion being unopposed, this court grants petitioner a 30-day extension of time to file the objections to magistrate's findings and recommendations, from Monday, April 8, 2024, to and including Wednesday, May 8, 2024.

Dated:  April 3, 2024

                                              _____
                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE

                                              United States District Magistrate Judge