Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
GILBERT EARL SMITH

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| GILBERT EARL SMITH,<br><br>                    *Petitioner*,<br>       vs.<br><br>TRENT ALLEN, acting warden, Salinas Valley State Prison, Soledad, California,<br><br>                    *Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    *Real Party in Interest*. | No. 2:21-cv-02080-TLN-DMC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMENDATIONS<br><br>*(Unopposed)* |

   Good cause appearing, and the motion being unopposed, this court grants petitioner a 30-day extension of time to file the objections to magistrate's findings and recommendations, from Wednesday, May 8, 2024, to Friday, June 7, 2024. The Clerk of the Court is directed to terminate ECF No. 30.

Dated: May 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE